UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN LEROY BASNER,

    Petitioner,

Civil Case No. 05-70285

-vs-

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DOUGLAS VASBINDER,

    Respondent.
_____/

## ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND (2) DENYING PETITIONER'S APPLICATION FOR THE WRIT OF HABEAS CORPUS

The Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R"), filed on November 22, 2005, and any objections filed thereto.

**IT IS ORDERED** that the R&R is accepted and entered as the findings and conclusions of this Court, and Petitioner's Application for the Writ of Habeas Corpus is DENIED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 2, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 2, 2006.

s/Jonie Parker
Case Manager